08-00461 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches ©,     CIVIL NO:
Plaintiff

V.

Nicolas Cage & Sharon Stone,
Defendants

Complaint

Comes now the Plaintiff Jonathan Lee Riches, under 42 USC 1983. I seek $73 million. I'm subjected to drinking milk called cobusy which is reduced fat, I'm not provided whole milk, I need the extra fat and carbs because I'm in solitary confinement at FCI Williamsburg without food, I can't leave or I get shot or killed. This is a civil rights violation.

Respectfully
Submitted
Jonathan Lee Riches ©